UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | CRIMINAL NO. C-07-79M |
|---|---|---|
| | § | |
| vs. | § | |
| | § | |
| | § | |
| NIEVES GARZA, JR. | § | |

## ORDER DISMISSING COMPLAINT

It is hereby ORDERED that the above-entitled complaint is hereby dismissed as to the defendant NIEVES GARZA, JR., without prejudice.

It is further ORDERED that the Clerk of the United States District Court deliver a certified copy of this Order to the United States Marshal for the Souther District of Texas.

DONE, this 20th day of February, 2007.

_____
UNITED STATES MAGISTRATE JUDGE